ORIGINAL

LEK

KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorneys
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
E-Mail:    Ken.Sorenson@usdoj.gov
           Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JAN 30 2020

at 3 o'clock and 00 min. P M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR20 00016 LEK

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) CR. NO. |
| | ) |
| Plaintiff, | ) INFORMATION |
| | ) |
| vs. | ) [18 U.S.C. § 371] |
| | ) |
| HENRY MALINAY, | ) |
| | ) |
| Defendant. | ) |

INFORMATION

The U.S. Attorney charges:

<u>Conspiracy</u>
(18 U.S.C. § 371)

From a precise date unknown, but by at least May 16, 2013, and continuing to in or about December 2015, both dates being approximate and inclusive, within the District of Hawaii and elsewhere, HENRY MALINAY, the defendant, and Anthony Williams and Anabel Cabebe, not charged herein, and others known and unknown, did knowingly combine, conspire, confederate, and agree with one another, to commit offenses against the United States, that is, to knowingly transmit and cause to be transmitted, in interstate commerce, by means of wire communications, certain signs, signals, and sounds for the purpose of executing a scheme and artifice to defraud others, in violation of Title 18, United States Code, Section 1343.

<u>Manner and Means of the Conspiracy</u>

1.    Between the dates of May 16, 2013 and December 2015, in the District of Hawaii and elsewhere, Anthony Williams, Anabel Cabebe and the defendant, HENRY MALINAY, operated a scheme to defraud and obtain money from others by means of false and fraudulent representations of fact using interstate wire communications.

2.    In effecting the scheme to defraud and to provide him with the appearance of legitimacy, Anthony Williams formed the entities "Mortgage

Enterprise Investments" (MEI), and the "Common Law Office of America" (CLOA).  Through MEI, Anthony Williams offered mortgage debt relief in Hawaii despite not having the required license to service mortgages.  Through CLOA, Anthony Williams offered legal services including representation in mortgage related litigation, wills, trusts, power of attorney and document drafting and review despite not being licensed to practice law.

3.      In operating his scheme to defraud, Anthony Williams represented himself to be an attorney, a "Private Attorney General," and a mortgage servicer. Anthony Williams marketed a debt relief program whereby homeowners with mortgages could simply pay him an upfront fee, and then pay him one-half of their regular mortgage payment, for one-half the term.  In return, Williams falsely promised homeowners he would eliminate their existing mortgage.  Anthony Williams falsely claimed that by filing UCC financing statements and bogus mortgage documents with the Hawaii Bureau of Conveyances homeowners' existing mortgages were rendered "null and void."

4.      In the operation of his scheme to defraud, Anthony Williams hired MALINAY, and others, to assist him in recruiting homeowners to enroll in his mortgage debt relief scheme.  As an employee of Williams, MALINAY

recruited homeowners who were members of the local Filipino community with whom he was familiar, or introduced to, by other members of the Filipino community.

5. In September 2013, during a period when Williams was out of Hawaii, MALINAY, Annabel Cabebe and others formed the business "Mortgage Enterprises" and continued recruiting homeowners with the false assurance that they could eliminate their mortgage debt in return for the payment of a fee, and monthly payments made to them.

## Overt Acts

6. In furtherance of the conspiracy, and to accomplish its objectives, HENRY MALINAY, Anthony Williams, Anabel Cabebe, and others known and unknown, engaged in overt acts within the District of Hawaii and elsewhere, including, but not limited to, the following:

    a. In or about and between June 2013 and July 2015, MALINAY conducted regular recruiting meetings with homeowners in continuing efforts to recruit them to sign up for Williams' mortgage debt relief scheme.

    b. In or about July 2013, MALINAY recruited homeowners A.S. & E.S. on behalf of Williams by meeting with them at their home and telling them

that Williams could reduce their monthly mortgage payment and their mortgage term in half for the payment of a fee.

    c.    In or about August 2013, MALINAY approached A.S. and E.S. and requested an additional $10,000 for Williams' mortgage reduction services, which they paid in cash. They subsequently began making monthly payments to Williams of $2,095.

    d.    In or about July 2013, MALINAY conducted a recruitment meeting on behalf of Williams and MEI and signed up L.T. and recruited her to contract for Williams' mortgage program. L.T. agreed to sign up with MEI and paid MALINAY a total of $2,000.

    e.    Following this event, but still within 2013, MALINAY conducted another recruitment event at the home of Cabebe where homeowners could meet Williams and hear directly from him about his bogus mortgage reduction program.

    f.    In or about late August, 2013, MALINAY traveled to California with Cabebe and others for the purpose of opening a bank account for

//

//

//

the company "Mortgage Enterprises" in order to deposit funds MALINAY and others obtained through the operation of their scheme to defraud homeowners.

All in violation of Title 18, United States Code, Section 371.

DATED: January 30, 2020, Honolulu, Hawaii.


_____
KENJI M. PRICE
United States Attorney
District of Hawaii


_____
KENNETH M. SORENSON
GREGG PARIS YATES
Assistant United States Attorney


United States v. Henry Malinay
Information
Cr. No.