# AMENDED MINUTES

| | |
|---|---|
| CASE NUMBER: | CR 20-00016LEK |
| CASE NAME: | UNITED STATES OF AMERICA v. HENRY MALINAY |
| ATTYS FOR PLA: | Kenneth M. Sorenson, AUSA<br>Gregg Paris Yates, AUSA |
| ATTY FOR DEFT: | Michael Lewis Parrish, Esq. |
| U.S. PRETRIAL SERVICES OFFICER: | Diane Arima-Linscott |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Debra Read |
| DATE: | January 31, 2020 | TIME: | 2:53 p.m. - 3:40 p.m. |

COURT ACTION:  EP       INITIAL APPEARANCE

WAIVER OF INDICTMENT

ARRAIGNMENT AND PLEA TO THE INFORMATION

Defendant is present, not in custody.

Defendant sworn, questioned by the Court.  Court informs Defendant of sentencing guidelines, possible departure from sentencing guidelines, supervised release, etc.

MEMORANDUM OF PLEA AGREEMENT filed.

WAIVER OF INDICTMENT.

Plea of Guilty as to Count 1 of the INFORMATION entered by Defendant.

SENTENCING as to Count 1 of the INFORMATION is set for May 21, 2020 at 2:45 p.m. before Judge Kobayashi.

The Government and defendant agrees with the recommendation of Pretrial Services.

Court adopts the recommendation of Pretrial Services.

Release forthwith.

Unsecured bond in the amount of: **$25,000.00**.

- (7b) Comply with pretrial services supervision, and abide by all conditions of release as directed by Pretrial Services. You are required to inform Pretrial Services within 24 hours of any contact with law enforcement, including but not limited to, any arrest, questioning (excludes instant offense), or traffic stop.

- (7c) Maintain or actively seek employment, as directed by Pretrial Services.

- (7g1) Surrender any passport and all travel documents to the U.S. Pretrial Services Office. Do not apply for/obtain a passport. If not convicted, the passport will be returned to the defendant unless needed for evidentiary purposes.  If convicted, Pretrial Services will transfer the passport to the U.S. Probation Office upon disposition of this case unless otherwise directed by the Court. Surrender no later than: **February 14, 2020**.

- (7h3) Travel is restricted to: **the island of Oahu and the District of Nevada.**

- (7i) Do not change residence without the advance approval of Pretrial Services.

- (7m1) Contact is prohibited directly, indirectly, or through third parties with: co-defendants, co-conspirators, or witnesses in this and any related case.  The U.S. Attorney's Office will provide Pretrial Services with initial and updated lists of names of persons with whom contact is prohibited.

- (7s1) You are prohibited from owning, possessing, or controlling any firearm or ammunition. Immediately surrender all firearms and ammunition to an agent approved by Pretrial Services.

- (8n) Provide Pretrial Services with any and all requested financial information regarding your financial status including, but not limited to: employment and all sources of income, bank accounts, assets and liabilities, and investments.  You are required to sign and execute an Authorization to Release Financial Information as requested by Pretrial Services.

- (8o) Pretrial Services is authorized to run credit reports on a random and "as needed" basis during the course of supervision to ensure compliance with pretrial release conditions.  You are required to sign and execute any necessary release forms including, but not limited to an Authorization to Release Financial Information, as requested by Pretrial Services.

- (8r) You are prohibited from handling other person's money for investment purposes, unless approved by Pretrial Services.

·(9a) In conjunction with the Hoʻokele program, the Court authorizes the defendant to participate in voluntary stress and anxiety counseling as arranged by Pretrial Services.

Submitted by: Mary Feria, Courtroom Manager