ORIGINAL

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 3 1 2020
at 3 o'clock and 04 min. PM
SUE BEITIA, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 20-00016 LEK |
| HENRY MALINAY | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/31/20

*Henry Malinay*
*Defendant's signature*

*Signature of defendant's attorney*

MICHAEL PARRISH
*Printed name of defendant's attorney*

*Judge's signature*

LESLIE E. KOBAYASHI, U.S. District Judge
*Judge's printed name and title*