AO 83 (Rev.06/09) Summons in a Criminal Case (Page 2)

Case No.     CR 20-00016 LEK; USA VS. HENRY MALINAY

PROOF OF SERVICE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 03 2020
SUE BEITIA, CLERK Jr

This summons was received to me on (date) 1/31/2020 at 12 o'clock and 05 min. A M

☒ I personally served the summons on this defendant HENRY MALINAY at (place) 300 Ala Moana Blvd. Honolulu, HI 96850 On (date) 1/31/2020;

or

☐ On (date) _____ I left the summons at the individuals residence or usual place of abode with (name) _____, a person of suitable age and discretion who resides there, and I mailed a copy to the individual's last known address; or

☐ I delivered a copy of the summons to (name of individual) _____, who is authorized to receive service of process on behalf of (name of organization) _____ on (date) _____ and I mailed a copy to the organization's last known address within the district or to its principal place of business elsewhere in the United States; or

☐ The summons was returned unexecuted because: _____

I declare that under penalty of perjury that this information is true.

Date returned: 1/31/2020

_____
Server's Signature

SANFORD CHUN / DUSM
Printed name and title

Remarks:

2

ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 20-00016 LEK |
| HENRY MALINAY<br>(Name and Address of Defendant) | |

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | Room<br>Courtroom 'AHA NONOI |
|---|---|
| | Date and Time<br>January 31, 2020 at 2:45 pm |
| Before: Leslie E. Kobayashi, United States District Judge | |

To Answer a(n) Information

Charging you with a violation of Title 18 United States Code, Section(s) 371.

Brief description of offense:
Conspiracy to defraud the United States

Sue Beitia, Clerk of Court
Name and Title of Issuing Officer

/s/ Sue Beitia by ET
Signature of Issuing Officer/Deputy Clerk

January 31, 2020
Date