**ATTORNEYS FOR FREEDOM LAW FIRM**
Bishop Square Pauahi Tower
1003 Bishop Street Suite 1260
Honolulu, Hawaii 96813
(808) 755-7110
Fax (480) 857-0150
**Marc J. Victor – SBN 011090**
Marc@AttorneysForFreedom.com
**Michael Parrish - SBN 006177**
Michael@AttorneysForFreedom.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | | |
|---|---|---|
| United States of America, | ) | CR20-00016 LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| Henry Malinay, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

To:     The clerk of court and all parties of record:

Marc J. Victor and Michael Parrish are admitted to practice in this court and will appear in this case as counsel for Henry Malinay.

RESPECTFULLY SUBMITTED February 3, 2020.

ATTORNEYS FOR FREEDOM LAW FIRM


*Marc J. Victor*
Marc J. Victor


*Michael Parrish*
Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2020, I filed the Original with the Clerk of the Court and provided copies via email to the following attorneys:

AUSA Gregg P. Yates, Esq.
Gregg.Yates@usdoj.gov

AUSA Kenneth M. Sorenson, Esq.
ken.sorenson@usdoj.gov


By:  *Carmen Smith*