PTS-HI (4/2016))

**ORIGINAL**

# UNITED STATES PRETRIAL SERVICES OFFICE
# PASSPORT RECEIPT

RE:             Malinay, Henry

Year of Birth:  1962

Place of Birth: Philippines

Case Number:    1:20CR00016LEK

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 2 4 2020

at  2  o'clock and 47 min.  P M
SUE BEITIA, CLERK

---

COURT ORDER entered on January 31, 2020
   The above-named defendant surrendered (select one)
   ☒ United States Passport
   ☐ Foreign Passport (Country Enter Country)

   Passport Number 569392342 to the custody of the U.S. Pretrial Services Office on February 10, 2020.

   ☐ Other _____ Enter number to the custody of the U.S. Pretrial Services Office on Enter Date.

---

_Henry Malinay_                         _[signature]_
Defendant's Signature                   Officer's Signature

**Recorded in the Passport Log (Sign and Date)**
Logged IN                               Logged OUT

_____                 _____
Signature and Date                      Signature and Date

This will acknowledge receipt of Passport Number Enter number or Other Enter number previously surrendered to the U.S. Pretrial Services Office pursuant to a prior Court Order.

Date Returned _____        Received by: _____

Purpose Returned
   ☐ Defendant not convicted            ☐ Other
   ☐ Defendant sentenced

   ☐ Mailed via Certified Mail