**ATTORNEYS FOR FREEDOM LAW FIRM**
Bishop Square Pauahi Tower
1003 Bishop Street Suite 1260
Honolulu, Hawaii 96813
(808) 755-7110
Fax (480) 857-0150
**Marc J. Victor – SBN 011090**
Marc@AttorneysForFreedom.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| United States of America, | ) CR20-00016-LEK |
| Plaintiff, | ) <br> ) UNOPPOSED MOTION TO <br> ) MODIFY RELEASE CONDITIONS |
| vs. | ) <br> ) |
| Henry Malinay, | ) <br> ) |
| Defendant. | ) <br> ) |

Henry Malinay moves this Court to modify his release conditions to permit him to travel to Texas, California and the entire State of Hawaii.  Mr. Malinay needs to travel to these states his business, Health and Wellness Solution 808, LLC.   In addition, Mr. Malinay's wife needs him to drive her to California and Texas for her employment.

On February 5, 2020, Mr. Malinay appeared before Judge Leslie E. Kobayashi. Mr. Malinay plead guilty to an Information pursuant to a Plea Agreement and his sentencing is scheduled for May 21, 2020.  (Doc. 7).  Judge Kobayashi set release conditions for Mr. Malinay which restricted his travel to the Island of Oahu and the District of Nevada.  (Doc. 13).  Pursuant to Judge Kobayashi's orders, Mr. Malinay

executed an Appearance Bond of $25,000 and has surrendered his passport.  (Doc. 14 & 15).

Because Mr. Malinay resides in Las Vegas, Pretrial Services in the District of Nevada is supervising Mr. Malinay as a courtesy to the District of Hawaii.

On February 5, 2020, U.S. Probation Officer Darsie Ing-Dodson interviewed Mr. Malinay and obtained information to prepare the Presentence Report.

Mr. Malinay and his partner have launched a new business in Las Vegas selling water softeners, beds and a vacuum system.  The launch was delayed because Mr. Malinay was in Honolulu for three weeks resolving this case.  Mr. Malinay needs to travel to Texas, California and the entire State of Hawaii to market the products to potential customers.  The marketing requires demonstrations of the products which must be conducted in person.

Mr. Malinay's wife is uncomfortable driving long distances and needs him to drive her to California and Texas for her business.  Mrs. Malinay is an Insurance Agent.  She must travel to these states to meet with potential customers as well as to train subordinate insurance agents.

Assistant U.S. Attorney Kenneth Sorenson indicated the Government does not object to this motion.

RESPECTFULLY SUBMITTED February 27, 2020.

ATTORNEYS FOR FREEDOM LAW FIRM

_____
Marc J. Victor
Attorney for Defendant

CERTIFICATE OF SERVICE

     I hereby certify that on February 27, 2020, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Kenneth M. Sorenson
Gregg P. Yates
Assistant U.S. Attorney


By:     */s/ Carmen Smith*