# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00016 LEK |
| CASE NAME: | USA vs. Henry Malinay |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 2/28/2020 |

COURT ACTION:  EO: COURT ORDER REGARDING DEFENDANT'S UNOPPOSED MOTION TO MODIFY RELEASE CONDITIONS

  The Court has received Defendant Henry Malinay's ("Defendant") Unopposed Motion to Modify Release Conditions ("Motion"), filed on February 27, 2020.  [Dkt. no. 16.]  Plaintiff the United States of America's ("the Government") and the United States Pretrial Service Office's responses are due on or before **March 6, 2020**.  No reply will be permitted, and the Motion will be taken under advisement after the response deadline, or earlier if both responses are received before the deadline.

  Defendant represents that the Government does not object to the proposed modification of his release conditions.  [Motion at 2.]  The Government should confirm its position in its response to the Motion.

  IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager