**ATTORNEYS FOR FREEDOM LAW FIRM**
Bishop Square Pauahi Tower
1003 Bishop Street Suite 1260
Honolulu, Hawaii 96813
(808) 755-7110
Fax (480) 857-0150
**Marc J. Victor – SBN 011090**
Marc@AttorneysForFreedom.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| United States of America, | CR20-00016-LEK |
| Plaintiff, | UNOPPOSED MOTION TO CONTINUE SENTENCING |
| vs. | |
| Henry Malinay, | (First Motion) |
| Defendant. | (Defendant out of Custody) |

Henry Malinay moves this Court to continue his sentencing until July 29, 2020.

On January 31, 2020, Mr. Malinay plead guilty to an Information and Sentencing was scheduled for May 21, 2020.  (Doc. 7).  On February 28, 2020, the Court continued Mr. Malinay's Sentencing until June 24,2020.  (Doc 17).  Counsel for Mr. Malinay is not available on June 24, 2020.  Thus, Mr. Malinay requests a continuance to July 29, 2020.

The Government does not oppose this request.

RESPECTFULLY SUBMITTED March 3, 2020.

ATTORNEYS FOR FREEDOM LAW FIRM


*/s/ Marc J. Victor*_____
Marc J. Victor
Attorney for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on March 3, 2020, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Kenneth M. Sorenson
Gregg P. Yates
Assistant U.S. Attorney

By: _____ */s/ Carmen Smith*