# MINUTE ORDER

CASE NUMBER:    CRIMINAL NO. 20-00016 LEK

CASE NAME:      USA vs. Henry Malinay

JUDGE:   Leslie E. Kobayashi            DATE:        3/4/2020

COURT ACTION:  EO: COURT ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING

    Defendant Henry Malinay's ("Defendant") sentencing is currently scheduled for June 24, 2020.  [EO, filed 2/28/20 (dkt. no. 17).]  On March 3, 2020, Defendant filed his Unopposed Motion to Continue Sentencing ("Motion"), requesting a continuance of the sentencing because defense counsel is not available on that date.  [Dkt. no. 19.]  The Motion is HEREBY GRANTED, and Defendant's sentencing is CONTINUED to **July 30, 2020 at 2:45 p.m.**

    IT IS SO ORDERED.

Submitted by: Agalelei Elkington, Courtroom Manager