# MINUTE ORDER

| | |
|---|---|
| CASE NUMBER: | CRIMINAL NO. 20-00016 LEK |
| CASE NAME: | USA vs. Henry Malinay |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | DATE: | 3/9/2020 |

COURT ACTION:  EO: ORDER DENYING DEFENDANT'S MOTION TO MODIFY RELEASE CONDITIONS [DKT. NO. 16]

      Defendant Henry Malinay ("Malinay") has requested modification of his release conditions and Plaintiff Untied States of America does not oppose his request.  However, on March 3, 2020, United States Pretrial Services contacted Malinay regarding the request to travel and requested verification of business information. To date, Malinay has not provided such information.

     Therefore, Malinay's Motion to Modify Release Conditions is hereby DENIED.

   IT IS SO ORDERED.


Submitted by: Agalelei Elkington, Courtroom Manager