PTS-HI (4/2016))

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
Mar 31, 2020, 2:38 pm
SUE BEITIA, CLERK  JT

# UNITED STATES PRETRIAL SERVICES OFFICE
## PASSPORT RECEIPT

RE:             MALINAY, Henry

Year of Birth:   1962

Place of Birth:  Philippines

Case Number:    1:20CR00016LEK

---

COURT ORDER entered on January 31, 2020
  The above-named defendant surrendered (select one)
  ☒  United States Passport
  ☐  Foreign Passport (Country Enter Country)

Passport Number 513069512 to the custody of the U.S. Pretrial Services Office on March 17, 2020.

  ☐  Other _____ Enter number to the custody of the U.S. Pretrial Services Office on Enter Date.

---

_Harry Malinay_                               _Daniel O'Phelan_
Defendant's Signature                         Officer's Signature

**Recorded in the Passport Log (Sign and Date)**
Logged IN                                     Logged OUT

_____                   _____
Signature and Date                            Signature and Date

This will acknowledge receipt of Passport Number Enter number or Other Enter number previously surrendered to the U.S. Pretrial Services Office pursuant to a prior Court Order.

Date Returned_____            Received by: _____

Purpose Returned
  ☐  Defendant not convicted                  ☐  Other
  ☐  Defendant sentenced

  ☐  Mailed via Certified Mail