KENJI M. PRICE  #10523
United States Attorney
District of Hawaii

KENNETH M. SORENSON
GREGG PARIS YATES  #8225
Assistant United States Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:  (808) 541-2850
E-Mail:     Gregg.Yates@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) | CR. NO.  20-016 LEK |
|---|---|---|
| Plaintiff, | ) ) ) | STIPULATION AND ORDER TO RESCHEDULE |
| vs. | ) ) | SENTENCING DATE |
| HENRY MALINAY, | ) ) | Old Date:   July 30, 2020 New Date: October 1, 2020 |
| Defendant. | ) ) ) | Time:       2:30 p.m. Judge:      Hon. Leslie K. Kobayashi |

## STIPULATION AND ORDER TO CONTINUE SENTENCE

Pursuant to Rule 32(b)(2) of the Federal Rules of Criminal Procedure and Local Rule 32.1(g) of the Criminal Local Rules of Practice for the U.S. District Court for the District of Hawaii, the United States of America and the defendant, Henry Malinay, through their respective attorneys, jointly request and stipulate to a continuance of the sentencing date from July 30, 2020 to October 1, 2020.

Good cause supports this joint request and stipulation. Additional time is required before the defendant's sentencing in part to complete the presentence investigation, including for instance, properly calculating the actual and intended fraud loss of the victims. As the Court is aware, the defendant in this matter has pled guilty to a conspiracy involving the same underlying conduct at issue in *United States v. Anthony Williams et al.,* Cr. No. 17-101. At issue in both matters is a complex mortgage fraud involving at least 112 victims in the State of Hawaii alone.

Moreover, good cause supports a continuance of the defendant's sentencing to properly account for and credit the defendant for his substantial assistance with the *Williams* matter. The defendant testified at the month-long trial in *Williams* and Anthony Williams was convicted of 32 counts of wire fraud and mail fraud. The defendant has also agreed to provide further assistance in the event that his testimony is required at the sentencing of Anthony Williams. Sentencing for

Anthony Williams is currently scheduled for July 9, 2020, but the government is seeking to continue that sentencing to September 3, 2020.  A continuance of the defendant's sentencing to a date following the sentencing hearing in *Williams* would permit the government to more completely credit the defendant's efforts in a motion pursuant to U.S. Sentencing Guidelines Section 5K1.1.

In light of the foregoing, the parties jointly request and stipulate to a continuance of the defendant's sentencing date from July 30, 2020 to October 1, 2020.

DATED:  June 2, 2020, at Honolulu, Hawaii.

KENJI M. PRICE
United States Attorney
District of Hawaii

By  /s/ Gregg Paris Yates
   KENNETH M. SORENSON
   GREGG PARIS YATES
   Assistant U.S. Attorneys


*/s/ Marc J. Victor*
MARC J. VICTOR
Attorney for Defendant
HENRY MALINAY

## ORDER CONTINUING SENTENCING

Based upon the representations of counsel and the stipulations of the parties, IT IS HEREBY ORDERED that:

The Court finds good cause to continue the Sentencing for Defendant Henry Malinay that was previously scheduled for July 30, 2020 at 2:45 p.m., to October 1, 2020 at 2:30 p.m., pursuant to Rule 32(b)(2) of the Federal Rules of Criminal Procedure and Local Rule 32.1(g) of the Criminal Local Rules of Practice for the U.S. District Court for the District of Hawaii

IT IS SO ORDERED.

DATED: June 2, 2020, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge

United States v. Henry Malinay, Cr. No. 20-00016 LEK
"Stipulation and Order to Continue Sentencing"