**ATTORNEYS FOR FREEDOM LAW FIRM**
Bishop Square Pauahi Tower
1003 Bishop Street Suite 1260
Honolulu, Hawaii 96813
(808) 755-7110

**Marc J. Victor – SBN 011090**
Marc@AttorneysForFreedom.com

Attorney for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | |
|---|---|
| United States of America, | ) CR20-00016 |
| Plaintiff, | ) SENTENCING STATEMENT |
| vs. | ) |
| Henry Malinay, | ) |
| Defendant. | ) |

## **SENTENCING STATEMENT**

Mr. Malinay, pursuant to Crim.L.R. 321(f), has no objections to the presentence report.

Respectfully submitted August 17, 2020.

ATTORNEYS FOR FREEDOM LAW FIRM


*/s/ Marc J. Victor* _____
By: Marc J. Victor
Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on August 17, 2020, I filed the Original with the Clerk of the Court using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/CEF registrants:

Kenneth M. Sorenson, Esq.
Gregg P. Yates, Esq.
Assistant United States Attorneys


By: */s/ Carmen Smith*