**ATTORNEYS FOR FREEDOM LAW FIRM**
Bishop Square Pauahi Tower
1003 Bishop Street Suite 1260
Honolulu, Hawaii 96813
(808) 755-7110
Fax (480) 857-0150
**Marc J. Victor – SBN 011090**
Marc@AttorneysForFreedom.com

Attorney for Defendant Henry Malinay

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | | |
|---|---|---|
| United States of America, | ) | CR20-00016-LEK |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING SENTENCING |
| vs. | ) | |
| | ) | |
| | ) | Old Date:  October 1, 2020 @ 2:30 |
| Henry Malinay, | ) | New Date:  December 10, 2020 @ 11:00 |
| | ) | a.m. |
| | ) | |
| Defendant. | ) | **Defendant Not In Custody** |

### STIPULATION AND ORDER TO CONTINUE SENTENCING

IT IS HEREBY STIPULATED by and between Assistant U.S. Attorney Kenneth

M. Sorenson and Gregg Paris Yates, counsel for the United States of America, Defendant

Malinay, through his attorney, Marc J. Victor, Esq., that good cause exists to continue the

sentencing currently set for October 1, 2020, at 2:30 p.m. to December 10, 2020 at 11:00

a.m.

Good cause supports a continuance of the defendant's sentencing to properly

account for and credit the defendant for his substantial assistance with the Williams

matter.  The defendant testified at the month-long trial in Williams and Anthony

Williams was convicted of 32 counts of wire fraud and mail fraud.  The defendant has

also agreed to provide further assistance in the event that his testimony is required at the

sentencing of Anthony Williams.  Sentencing for Anthony Williams is currently

scheduled for October 26, 2020.  A continuance of the defendant's sentencing to a date

following the sentencing hearing in Williams would permit the government to more

completely credit the defendant's efforts in a motion pursuant to U.S. Sentencing

Guidelines Section 5K1.1.

In light of the foregoing, the parties jointly request and stipulate to a

continuance of the defendant's sentencing date from October 1, 2020 to December 10,

2020.

DATED:  August 31, 2020.

Respectfully submitted,

ATTORNEYS FOR FREEDOM LAW FIRM


*/s/ Marc J. Victor*
MARC J. VICTOR, ESQ.
Attorney for Defendant
Henry Malinay


KENJI M. PRICE
United States Attorney
District of Hawaii


*/s/ Gregg Paris Yates*
Gregg Paris Yates
United States Attorney
District of Hawaii

## ORDER CONTINUING SENTENCING

The above Stipulation Continuing Sentencing is approved, and the agreements set forth in the Stipulation are adopted as findings by the Court.

For the reasons stated, IT IS HEREBY ORDERED:

(1) Continuing Sentencing from October 1, 2020 to December 10, 2020 at 11:00 a.m. before Judge Leslie E. Kobayashi.

DATED: August 31, 2020, at Honolulu, Hawaii.



/s/ Leslie E. Kobayashi
Leslie E. Kobayashi
United States District Judge