**ATTORNEYS FOR FREEDOM LAW FIRM**
Bishop Square Pauahi Tower
1003 Bishop Street Suite 1260
Honolulu, Hawaii 96813
(808) 647-2423
Fax (480) 857-0150
**Marc J. Victor – SBN 011090**
Marc@AttorneysForFreedom.com
**Jill L. Uehara - SBN 011004**
Jill@AttorneysForFreedom.com

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF HAWAII

| | | |
|---|---|---|
| United States of America, | ) | CR20-00016 LEK |
| | ) | |
| Plaintiff, | ) | NOTICE OF APPEARANCE |
| | ) | |
| vs. | ) | |
| | ) | |
| Henry Malinay, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

To:    The clerk of court and all parties of record:

Jill L. Uehara is admitted to practice in this court and will appear in this case as counsel for Henry Malinay.

RESPECTFULLY SUBMITTED December 1, 2020.

ATTORNEYS FOR FREEDOM LAW FIRM


*/s/ Marc J. Victor*
Marc J. Victor


*/s/ Jill L. Uehara*
Jill L. Uehara

Attorneys for Defendant

CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2020, I filed the Original with the Clerk of the Court and provided copies via email to the following attorneys:

AUSA Gregg P. Yates, Esq.
Gregg.Yates@usdoj.gov

AUSA Kenneth M. Sorenson, Esq.
ken.sorenson@usdoj.gov

By: *Jill L. Uehara* _____